C. H. McDermott, for appellant. No appearance for appellee.
Mr. Justice Thomson delivered the opinion of the court.

Midland Operating Company, for use of Midland Investment Company, appellee, v. Midland Casualty Company, formerly named Badger Casualty Company, appellant. Gen. No. 28,379.

Action in assumpsit, remanded and re-tried on stipulation of facts without jury. Finding for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed with finding of facts. Opinion filed November 27, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Miller, Gorham, Wales & Noxon and Orlaf Anderson, for appellant. Cleland, Lee & Phelps, for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.

J. C. Harlow, appellee, v. M. Niederman, appellant. Gen. No. 28,441.

Suit on note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923.

Harold A. Fein, for appellant. H. E. Wynekoop, for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Joseph Greenspon's Sons Iron and Steel Company, appellee, v. A. Levine & Company, appellant. Gen. No. 28,528.

Assumpsit. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed. Opinion filed November 27, 1923. Rehearing denied December 8, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Lee D. Mathias, for appellant. Charles P. Schwartz, for appellee; John R. Cochran, of counsel.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Blanche Nathan and A. S. Nathan, appellees, v. William Connors, appellant. Gen. No. 28,538.

Action for damage to automobile by collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923.

Mulcahy and Collins, for appellant; Edmond L. Mulcahy, of counsel. C. D. Jones and Joseph O. McKiernan, for appellees.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Ben Alpert, appellee, v. Augusta Matson, appellant. Gen. No. 28,547.

Forcible detainer to recover possession of the second and third floors rented as hotel or rooming house, tenant holding over on